■ In the Matter of the Arbitration between BARRY SPINK, as Superintendent of Williamson Central School District, Appellant, and WILLIAMSON FACULTY ASSOCIATION et al., Respondents. [700 NYS2d 907] —Order and judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied the application seeking a stay of arbitration and granted the cross application to compel arbitration. The collective bargaining agreement between petitioner and respondent Williamson Faculty Association defines a grievance as "a claim by a unit member that there has been a violation, misinterpretation, or inequitable application of any provision of this agreement." Whether respondents are "unit members" is an issue for the arbitrator to determine (*see, Matter of Jefferson-Lewis-Hamilton-Herkimer-Oneida BOCES [Jefferson-Lewis-Hamilton-Herkimer-Oneida BOCES Professional Assn.],* 247 AD2d 829; *see generally, Matter of Board of Educ. [Watertown Educ. Assn.],* 93 NY2d 132, 142; *Board of Educ. v Barni,* 51

NY2d 894, 895, *rearg denied* 52 NY2d 829). (Appeal from Order and Judgment of Supreme Court, Wayne County, Sirkin, J.—Arbitration.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.